AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States | ) |
| Plaintiff | ) |
| v. | ) Case No. 1:25-cr-00231-MSN-1 |
| Whenshen Xu | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Whenshen Xu

Date:   01/16/2026

_Attorney's signature_

CARY S. GREENBERG   VSB 27456
_Printed name and bar number_

8027 Leesburg Pike
Suite 302
Tysons Corner, VA 22182

_Address_

csg@greenbergcostle.com
_E-mail address_

(703) 448-3007
_Telephone number_

(703) 821-1144
_FAX number_