IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　v.<br><br>WENSHEN XU,<br>　　　a/k/a "Alex,"<br>　　　a/k/a "Alex Xiu,"<br>　　　a/k/a "Alex Tsui,"<br>　　　a/k/a "Chino,"<br>　　　a/k/a "Man Sum Tsui,"<br><br>　　　　　　*Defendant*. | Case No. 1:25-cr-231 (MSN) |

**JOINT MOTION TO CONTINUE TRIAL AND PRETRIAL DEADLINES**

The United States, by and through undersigned counsel, and the defendant, through his counsel, pursuant to Local Criminal Rule 47(G), respectfully move this Court to continue the defendant's trial, currently set to begin on July 7, 2026, to October 5, 2026, and the pretrial status conference, currently set for July 2, 2026, to October 1, 2026, to allow the parties to continue ongoing plea discussions or, in the event such discussions are unsuccessful, to allow adequate time to prepare for trial. In support of this Joint Motion, the parties state the following:

1.　　On August 7, 2025, a federal Grand Jury in this District returned an Indictment charging the defendant with (1) Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine Knowing, Intending, or Having Reasonable Cause to Believe it would be Unlawfully Imported into the United States, in violation of 21 U.S.C. §§ 959(a), 960(a)(3), 960(b)(1), and 963; (2) Conspiracy to Commit Money Laundering, in violation of 18

1

U.S.C. § 1956(h); and (3) Conspiracy to Provide Material Support or Resources to a Designated Foreign Terrorist Organization, in violation of 18 U.S.C. § 2339B. (Dkt. No. 8).

2.     On February 2, 2026, the defendant made his initial appearance in this District following his arrest and extradition from the Republic of Guatemala. (Dkt. No. 29).

3.     On February 12, 2026, the Court designated this matter as "complex" and set trial for July 7, 2026. (Dkt. Nos. 35, 37-38). On March 24, 2026, the Court set a pretrial status conference for July 2, 2026. (Dkt. No. 47).

4.     The parties are engaged in plea discussions and anticipate resolving this matter without the need for a trial. In the event a trial is necessary, the parties request additional time to prepare as this matter involves voluminous discovery and foreign witnesses who will need to be brought to the United States for trial.

5.     The parties have discussed earlier possible trial dates, however counsel for the defendant are unavailable due to prescheduled travel arrangements in the months of August and September and a scheduled multi-week trial in September in another matter.[1]

6.     The requested continuance is reasonably tailored to be no more than necessary to permit the parties to continue ongoing plea discussions and provide adequate time to prepare for trial, should a trial prove necessary.

7.     Accordingly, the parties jointly request that the Court continue the trial in this matter to October 7, 2026, and pretrial status conference to October 1, 2026, to allow the parties to continue ongoing plea discussions or, in the event such discussions are unsuccessful, to allow

---

[1] Defense counsel is scheduled to appear for the trial of *United States v. Rodas Ramirez*, 10-cr-246 (RJL), in the District Court for the District of Columbia. The scheduled trial is the third retrial in a complex RICO prosecution and is expected to last several weeks.

adequate time for the parties to prepare for trial.


Date:   <u>June 3, 2026</u>                              Respectfully submitted,


                                             Todd W. Blanche
                                             Acting Attorney General

                              By:   _____/s/_____
                                             Edgardo J. Rodriguez
                                             Assistant United States Attorney
                                             Chelsea Rooney
                                             Trial Attorney



                              By:   _____/s/_____
                                             Sandi S. Rhee
                                             Robert A. Feitel
                                             Counsel for the Defendant


3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 3, 2026, the foregoing was filed electronically using the CM/ECF system, which will provide a copy of the foregoing and the proposed Order to all counsel of record.

/s/

Edgardo J. Rodriguez
Assistant United States Attorney

4