IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.                                          Case No. 1:25-cr-231 (MSN)

WENSHEN XU,
    a/k/a "Alex,"
    a/k/a "Alex Xiu,"
    a/k/a "Alex Tsui,"
    a/k/a "Chino,"
    a/k/a "Man Sum Tsui,"

          *Defendant.*

## ORDER

Upon the parties' Joint Motion to Continue Trial and Pretrial Deadlines and for the

reasons stated from the bench, it is hereby

ORDERED that the motion is DENIED.

_____/s/_____
Michael S. Nachmanoff
United States District Judge

Date    4/9/26
Alexandria, Virginia